```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN                                      JS - 6
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  California State Bar No. 107014
    Assistant United States Attorney
 5       411 West Fourth Street, Suite 8000
         Santa Ana, CA 92701
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7       E-mail   : marcus.kerner@usdoj.gov
    Attorneys for Defendant,
 8  Michael J. Astrue, Commissioner of
    Social Security
 9
```

10              UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| | | |
|---|---|---|
| 13 PATRICIA WILLIAMS, | ) | No. CV 08-632-DOC(AN) |
| | ) | |
| 14        Plaintiff, | ) | AMENDED JUDGMENT FOR REMAND |
| | ) | |
| 15     v. | ) | |
| | ) | |
| 16 MICHAEL J. ASTRUE, | ) | |
|    COMMISSIONER OF SOCIAL | ) | |
| 17 SECURITY, | ) | |
| | ) | |
| 18        Defendant. | ) | |
| _____) | | |

19     The Court having received and approved Stipulation to Voluntary

20  Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

21     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall

22  be entered remanding this action to the Commissioner of Social

23  Security for further action consistent with the Stipulation for

24  Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g)

25  lodged concurrent with the lodging of the within Judgment.

26     DATED: October 15, 2008

27                                   /s/ David O. Carter
                                     _____
                                     UNITED STATES DISTRICT JUDGE
28

1  Presented by:

2  THOMAS. P. O'BRIEN
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division

5       /s/ Marcus M. Kerner
   _____
6  MARCUS M. KERNER
   Assistant United States Attorney
7
   Attorneys for Defendant